RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 06 2015

Abel Acosta, Clerk

40,953-03,04

Dear Clerk

3-2-2015

Im concern about my criminal Appeal in your court.

I wrote a year ago, your responce was still pending. I filed for Attorney in my convicting court they claim that there is NO case(s) open. Is this true, I have never recieved notice of dismissal, and the INTERNET shows it open !! So can you please tell me what is up on the case(s) * Last wrote July 28th 2013

WR-40-953-03 filed Jan 19th 2012
                        Amended 4-25-2012
WR-40-953-04 filed Jan 19th 2012
                        Amended 4-25-2012

A outside person had filed and signed my name on the Jan 19th 2012 That is why I filed the Amended writ. He filed it without my knowledge. You sent a docket sheet, but it showed my case still pending.

Please confirm this as OPEN or Closed, and if Closed when was the white cards or opionn handed down?
I remain your Humble servant  Ricky Strobe
                                                  1594172